# Court of Appeals
# of the State of Georgia

ATLANTA, May 16, 2016

*The Court of Appeals hereby passes the following order:*

## A16A1616.  TANDRA TEMPLE v. GEORGE HILLEGASS et al.

Tandra Temple sued multiple defendants for several causes of action, including breach of fiduciary duty and fraud. The trial court granted a motion to dismiss filed by three defendants, and Temple filed this direct appeal. We lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment. In such circumstances, there must be an express determination under OCGA § 9-11-54 (b) or there must be compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b). Where neither of these code sections are followed, the appeal is premature and must be dismissed." *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (punctuation and citation omitted.); see also *Underwood v. Dunn*, 215 Ga. App. 252 (451 SE2d 129) (1994).

Here, based upon the record before us, it appears that claims remain pending below.[1] Accordingly, the dismissal order was interlocutory, and this appeal is hereby DISMISSED for lack of jurisdiction.

---

[1] It appears that claims against Marshall Hammel Haas, Haas Group, Inc., Kenneth Schatten, Schatten Law Firm, Lance Gowens and Gowens Law Firm remain pending.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* _____ 05/16/2016 _____
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*